

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

_____

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Paul James Dougherty has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Dougherty has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Dougherty also requests to be sworn in by the Honorable Laurie McKinnon, Associate Justice for the Supreme Court for the State of Montana. Good cause appearing,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Paul James Dougherty may be sworn in to the practice of law in the State of Montana. Leave is granted for Dougherty to be sworn in by Honorable Laurie McKinnon, Associate Justice for the Supreme Court for the State of Montana. Any further necessary arrangements for swearing-in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 17 day of December, 2024.

_____
Chief Justice

_(signatures)_

Justices

2